970

No. 856. BROWN ET UX. v. PEARL RIVER VALLEY WATER SUPPLY DISTRICT. Supreme Court of Mississippi. Certiorari denied. *James P. Coleman* for petitioners. *L. Arnold Pyle* for respondent.

No. 859. ISTHMIAN LINES, INC., ET AL. v. BALLWANZ, TO THE USE OF LIBERTY MUTUAL INSURANCE CO. C. A. 4th Cir. Certiorari denied. *William A. Grimes* and *Eugene A. Edgett, Jr.* for petitioners. *John J. O'Connor, Jr.* for respondent.

No. 864. WILLIAMS ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Kenneth D. Wood, William H. Collins* and *James K. Hughes* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 865. BROWN ET AL. v. UNAUTHORIZED PRACTICE OF LAW COMMITTEE OF CUYAHOGA COUNTY, OHIO. Supreme Court of Ohio. Certiorari denied. *Alexander H. Martin, Jr.* for petitioners. *Merritt W. Green* for respondent.

No. 880. AIPLE, DOING BUSINESS AS AIPLE TOWING CO., v. CENTRAL SOYA CO., INC. C. A. 7th Cir. Certiorari denied. *John M. O'Connor, Jr.* for petitioner. *Stuart B. Bradley* for respondent.

No. 821, Misc. MASSENGALE v. MASSENGALE. Court of Common Pleas of Ohio, Hamilton County. Certiorari denied.